| | |
|---|---|
| 1 | WRIGHT, FINLAY & ZAK, LLP |
| 2 | Dana Jonathon Nitz, Esq.<br>Nevada Bar No. 0050 |
| 3 | Natalie C. Lehman, Esq.<br>Nevada Bar No. 12995 |
| 4 | 7785 W. Sahara Ave., Suite 200 |
| 5 | Las Vegas, NV 89117<br>(702) 475-7964; Fax: (702) 946-1345 |
| 6 | dnitz@wrightlegal.net |
| 7 | nlehman@wrightlegal.net<br>*Attorneys for Plaintiff, Deutsche Bank National Trust Company as Trustee for GSAMP Trust* |
| 8 | *2007-FM2, Mortgage Pass-Through Certificates, Series 2007-FM2* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR GSAMP TRUST 2007-FM2, MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2007-FM2,<br><br>Plaintiff,<br><br>vs.<br><br>ABSOLUTE COLLECTION SERVICES, LLC, a Nevada Limited Liability Company; and ELKHORN COMMUNITY ASSOCIATION,<br><br>Defendants. | Case No.: 2:17-cv-02436-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE A RESPONSE TO ABSOLUTE COLLECTION SERVICES, LLC'S MOTION TO DISMISS AND ELKHORN COMMUNITY ASSOCIATION'S JOINDER TO MOTION TO DISMISS**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED between Plaintiff Deutsche Bank National Trust Company as Trustee for GSAMP Trust 2007-FM2, Mortgage Pass-Through Certificates, Series 2007-FM2 (hereinafter "Deutsche Bank" or "Plaintiff"), by and through their attorney of record, Natalie C. Lehman, Esq., of Wright, Finlay & Zak, LLP, Defendant Absolute Collection Services, LLC (hereinafter "Absolute"), by and through their attorney of record, Shane D. Cox, Esq., of Absolute Collection Services, LLC, and Defendant Elkhorn Community Association (hereinafter "HOA"), by and through their attorney of record, Edward D. Boyack, Esq. and Jason Onello, Esq., of Boyack Orme & Anthony, the parties agree to extend the deadline for Plaintiff to

file its Response to Absolute's Motion to Dismiss (ECF No. 13) and HOA's Joinder to the Motion to Dismiss (ECF No.15), from December 12, 2017 to **January 12, 2018**.

This is the parties' first request for an extension and is not intended to cause any delay or prejudice to any party.

| | |
|---|---|
| DATED this 4th day of December, 2017.<br>WRIGHT, FINLAY & ZAK, LLP<br><br>/s/ Natalie C. Lehman, Esq.<br>Natalie C. Lehman, Esq.(NV Bar 12995)<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, Deutsche Bank National Trust Company as Trustee for GSAMP Trust 2007-FM2, Mortgage Pass-Through Certificates, Series 2007-FM2* | DATED this 4th day of December, 2017.<br>ABSOLUTE COLLECTION SERVICES, LLC<br><br>*/s/ Shane D. Cox, Esq.*<br>Shane D. Cox, Esq. (NV Bar 13852)<br>8440 W. Lake Mead Blvd, Ste. 210<br>Las Vegas, NV 89128<br>*Attorneys for Defendant, Absolute Collection Services, LLC* |

DATED this 4th day of December, 2017.
BOYACK ORME & ANTHONY

*/s/ Jason Onello, Esq.*
Edward D. Boyack, Esq. (NV Bar 05229)
Jason Onello, Esq. (NV Bar 14411)
7432 W. Sahara Ave., Suite 101
Las Vegas, NV 89117
*Attorneys for Defendant, Elkhorn Community Association*

## **ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: December 4, 2017.

Respectfully Submitted By:
WRIGHT, FINLAY & ZAK, LLP

 */s/ Natalie C. Lehman, Esq.*
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
*Attorneys for Plaintiff*