WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
yli@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company as Trustee for GSAMP Trust 2007-FM2, Mortgage Pass-Through Certificates, Series 2007-FM2*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR GSAMP TRUST 2007-FM2, MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2007-FM2,<br><br>Plaintiff,<br><br>vs.<br><br>ABSOLUTE COLLECTION SERVICES, LLC, a Nevada Limited Liability Company; and ELKHORN COMMUNITY ASSOCIATION,<br><br>Defendants. | Case No.: 2:17-cv-02436-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES**<br><br>**(FIRST REQUEST)** |

Plaintiff Deutsche Bank National Trust Company as Trustee for GSAMP Trust 2007-FM2, Mortgage Pass-Through Certificates, Series 2007-FM2 (hereinafter "Plaintiff" or "Deutsche Bank"), Defendant Absolute Collection Services, LLC ("Absolute"), and Defendant Elkhorn Community Association ("HOA") (collectively, the "Parties"), by and through their respective counsels of record, hereby jointly stipulate and agree to extend the time to conduct discovery and the dispositive motion deadline.

**A.    DISCOVERY COMPLETED**

        1. Plaintiffs' Initial Disclosures.
        2. HOA's Initial Disclosures.

1

3. Absolute's Initial Disclosures.

4. Plaintiff's Expert Disclosures.

5. Plaintiffs' written discovery (interrogatories, requests for production and requests for admission) to Absolute Collection Services, LLC.

6. Plaintiffs' written discovery (interrogatories, requests for production and requests for admission) to Elkhorn Community Association.

**B.     DISCOVERY THAT REMAINS TO BE COMPLETED**

1. Plaintiff's deposition of Absolute Collection Services, LLC.

2. Plaintiff's deposition of Elkhorn Community Association.

3. Defendants' deposition of Plaintiff.

4. Absolute Collection Services, LLC's responses to Plaintiff's written discovery (interrogatories, requests for production and requests for admission).

5. Elkhorn Community Association's responses to Plaintiff's written discovery (interrogatories, requests for production and requests for admission).

**C.     REASON WHY DISCOVERY HAS NOT BEEN COMPLETED**

Good cause justifies an extension of the deadlines at this time. Due to recent unexpected departures of primary handling attorneys at both offices for counsels of HOA and of Deutsche Bank, and the parties' awareness of the potential value of certain discovery completed in a prior state court action (Case No. A-14-697880-C) in the Eighth Judicial District Court for Clark County, Nevada to resolving the claims, defenses and issues in this case, more time is needed for the newly assigned attorneys to review the discovery completed in that case, and assess their utility and evidentiary value in this action. The Parties reasonably believe that this additional time will lead to a more streamlined discovery process in this action, and promote significant savings in limited judicial resources as well as mutual costs of litigation for all parties. This is the parties' first request and is not intended to cause undue delay.

///

///

///

**D.    PROPOSED PRE-TRIAL DEADLINES AND DISCOVERY SCHEDULE**

| EVENT | CURRENT DATE | PROPOSED DATE |
| --- | --- | --- |
| Discovery Cut-Off | May 21, 2018 | **August 20, 2018** |
| Motions to Amend Pleadings/Add Parties | February 20, 2018 | **May 21, 2018** |
| Expert Disclosures | March 22, 2018 | **June 20, 2018** |
| Rebuttal Expert Disclosures | April 23, 2018 | **July 23, 2018** |
| Dispositive Motions | June 20, 2018 | **September 18, 2018** |
| Joint Pre-Trial Order | July 20, 2018 | **October 18, 2018** |

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

**E.    CURRENT TRIAL DATE**

No trial date is currently set in this action.

**F.    CONCLUSION**

Accordingly, for good cause shown, the parties respectfully request that the Court enter the accompanying order to extend the aforementioned discovery and dispositive motion deadlines in this matter.

IT IS SO STIPULATED.

DATED this 8th day of May, 2018.

| WRIGHT, FINLAY & ZAK, LLP | ABSOLUTE COLLECTION SERVICES, LLC |
| --- | --- |
| */s/ Yanxiong Li, Esq.* | */s/ Shane D. Cox, Esq.* |
| Dana Jonathon Nitz, Esq.<br>Nevada Bar No. 00050<br>Yanxiong Li, Esq.<br>Nevada Bar No. 12807<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, Deutsche Bank National Trust Company as Trustee for GSAMP Trust 2007-FM2, Mortgage Pass-Through Certificates, Series 2007-FM2* | Shane D. Cox, Esq.<br>Nevada Bar No. 13852<br>8440 W. Lake Mead Blvd, Ste. 210<br>Las Vegas, NV 89128<br>*Attorneys for Defendant, Absolute Collection Services, LLC* |

1 | BOYACK ORME & ANTHONY
2 | */s/ Adam J. Breeden, Esq.*
3 | _____
4 | Edward D. Boyack, Esq.
  | Nevada Bar No. 005229
5 | Adam J. Breeden, Esq.
  | Nevada Bar No. 008768
6 | 7432 W. Sahara Ave., Suite 101
  | Las Vegas, NV 89117
7 | *Attorneys for Defendant, Elkhorn Community Association*

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 5-9-2018

## **CERTIFICATE OF SERVICE**

The undersigned, an employee of Wright, Finlay & Zak, LLP, hereby certifies that on the 8th day of May, 2018, a true and correct copy of **STIPULATION AND ORDER TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES (FIRST REQUEST)** was served electronically via the CM/ECF system to parties of interest as follows:

Shane D. Cox, Esq.
8440 W. Lake Mead Blvd., Suite 210
Las Vegas, NV 89128
Email: shane@absolute-collection.com
*Attorneys for Defendant,*
*Absolute Collection Services, LLC*

Edward D. Boyack, Esq.
Jason Onello, Esq.
BOYACK ORME & ANTHONY
7432 W. Sahara Ave., Suite 101
Las Vegas, NV 89117
Email: jason@boyacklaw.com
*Attorneys for Defendant, Elkhorn Community Association*

                                            */s/ Kelli Wightman*
                                            An Employee of Wright, Finlay & Zak, LLP