# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>Plaintiff<br><br>v.<br><br>ABSOLUTE COLLECTION SERVICES, LLC and ELKHORN COMMUNITY ASSOCIATION,<br><br>Defendants | Case No.: 2:17-cv-02436-APG-VCF<br><br>**Order for Stipulation of Dismissal or Status Report** |

On March 11, 2019, the parties informed the court that this case had been settled. ECF No. 43. They requested 60 days to finalize settlement. *Id.* More than 60 days have passed but no stipulation to dismiss has been filed.

IT IS THEREFORE ORDERED that on or before June 14, 2019, the parties shall file either a stipulation to dismiss or a status report.

DATED this 31st day of May, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE